IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-50961

---

BENJAMIN HARPER,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

---

Appeal from the United States District Court
For the Western District of Texas
(A-98-CV-737-AA)

---

November 29, 2000

Before HIGGINBOTHAM and DeMOSS, Circuit Judges, and FISH[*], District Judge.

PER CURIAM:

AFFIRMED. *See* 5TH CIR. R. 47.6.[**]

---

[*] District Judge of the Northern District of Texas, sitting by designation.

[**] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.